**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-2163**

_____

ISIDORO RODRIGUEZ, Esq.,

Plaintiff - Appellant,

versus

DANILO DEVIS PEREIRA,

Defendant - Appellee,

and

HFP INCORPORATED, General Partner; IOTA
PARTNERS, L.P.; ARMADA COMPANY, General
Partner; SEA SEARCH ARMADA; DOE ENTITIES 1-6;
MURDOCK & COMPANY; EDRIS E. HARBESTON; JACK
HARBESTON; JEROME BARRON; DAVE LAROCQUE; DON
MIDDLEBROOK; ED CARPENTER; JOHN DOES 1-20,

Defendants.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-02-1523-GBL)

_____

Submitted: January 19, 2006        Decided: January 24, 2006

_____

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Isidoro Rodriguez, Appellant Pro Se.    Danilo Devis Pereira, Appellee Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Isidoro Rodriguez appeals a district court's amended final judgment adopting in part the magistrate judge's report and recommendation and dismissing without prejudice his motion for a default judgment. We have reviewed the record and the district court's order and affirm for the reasons of the district court. See Rodriguez v. Pereira, No. CA-02-1523-GBL (E.D. Va. filed Sept. 19, 2005; entered Sept. 21, 2005). We deny Rodriguez's motions to disqualify the judges of this circuit court, for the issuance of a scheduling order and for permission to file a formal brief. We also deny the motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED